### Horace H. Stoddard, Appellant, v. Illinois Improvement & Ballast Company and H. C. Greer, Appellees.

### Gen. No. 22,203.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed April 10, 1917.

## Statement of the Case.

Action of forcible entry and detainer by Horace H. Stoddard, plaintiff, against the Illinois Improvement & Ballast Company, a corporation, and H. C. Greer, defendants, to recover possession of premises leased for quarrying purposes. From a judgment for defendants, plaintiff appeals.

EARL J. WALKER, for appellant.

KNAPP & CAMPBELL, for appellees; JOHN R. COCHRAN, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

1. LANDLORD AND TENANT, § 463*—*what does not work forfeiture of lease.* The breach of an implied covenant will not work a forfeiture of a lease, the only available remedy for such breach being an action for damages.

2. MINES AND MINERALS, § 38*—*when action of forcible entry and detainer does not lie in favor of landlord against tenant.* An action of forcible entry and detainer will not lie for breach of an implied covenant in a mining lease to quarry stone with reasonable diligence, if found and so long as it is found in profitable quantities.

3. MINES AND MINERALS, § 22*—*when implied covenant that stone will be quarried with reasonable diligence exists.* Where a quarry-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ing lease contains no express covenant requiring the lessees to quarry any definite amount of stone, there is merely an implied covenant that stone will be quarried with reasonable diligence, if found, and so long as it is found in quantity and kind that might be quarried with a profit to the lessees.